

**NYSUT**
New York State United Teachers

Office of General Counsel
James R. Sandner
General Counsel

| Albany | New York |
|---|---|
| Richard E. Casagrande<br>Associate General Counsel | Claude I. Hersh<br>Associate General Counsel |
| Ivor R. Moskowitz<br>Associate General Counsel | Stuart I. Lipkind<br>Associate General Counsel |
| | Richard A. Shane<br>Associate General Counsel |

August 2, 2004

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
AUG - 4 2004
★ BROOKLYN OFFICE ★

Michael G. O'Neill, Esq.
30 Vesey Street, Third Floor
New York, New York 10007

Re:  **Steward, Clifford advs. N.Y.C. B.O.E., U.F.T.,** *et al.*
     **Index No. CV. 04-1508**
     **Our File No. 58423-F165**

Dear Mr. O'Neill:

Enclosed please find an Order in the above-referenced matter.

Yours, etc.

JAMES R. SANDNER
Attorney for Defendant UFT
Office & P.O. Address
52 Broadway, 9th Floor
New York, NY 10004-1603
(212) 533-6300

By: _____
CHRISTOPHER M. CALLAGY
Associate Senior Counsel

CMC:dd
enc.

c:  Clerk of the Court, E.D.N.Y.
    Eric Eichenholtz, Esq. (Attorney for City Defendants)
    William Delaney, Esq. (Attorney for Pace University)
    Neil J. Dudich, Esq. (Attorney for UFT, Associate Counsel)

.NYC-Legal:84084.1      52 Broadway, 9th Floor • New York, N.Y. 10004 • (212) 533-6300

*Affiliated with the American Federation of Teachers, AFL-CIO • Representing teachers and other professionals, school-related professionals, higher education professionals, health care professionals, and retirees*



**Post-It Fax Note** 7671

| | |
|---|---|
| To M.C. Callagy | From Judge Amon |
| Co./Dept. | Co. |
| Phone # 212-533-6300 | Phone # 7..-260-2410 |
| Fax # 212-995-2347 | Fax # |

Date 7/26/04  # of pages ▶ 1

# nysut
New York State United Teachers

Associate General Counsel

Ivor R. Moskowitz
Associate General Counsel

...ral Counsel
...andner
...ounsel

New York
Claude I. Hersh
Associate General Counsel

Stuart J. Lipkind
Associate General Counsel

Richard A. Shane
Associate General Counsel

July 22, 2004

**By Fax and Regular First Class U.S. Mail**
Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Mr. Callagy*
MOVANT'S COUNSEL IS DIRECTED
TO SERVE A COPY OF THIS ORDER
ON ALL PARTIES UPON RECEIPT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ AUG 04 2004 ★
BROOKLYN OFFICE

APPLICATION GRANTED.
SO ORDERED.
Dated: Brooklyn, New York
7/26/04

CAROL BAGLEY AMON
United States District Judge

Re:  Steward, Clifford advs. N.Y.C. B.O.E., U.F.T., et al.
     Index No. CV. 04-1508
     Our File No. 58423-F165

Dear Judge Amon:

We represent defendant United Federation of Teachers ("UFT") in connection with the above referenced civil action. All defendants have filed a request for a pre-motion conference seeking dismissal of the suit. A pre-motion conference was scheduled for July, 28, 2004. We respectfully request adjournment of that conference until September 14, 2004, at 12:00 p.m. The parties are currently scheduled to also attend an initial discovery conference before Magistrate Judge Robert M. Levy on that same day at 11:00 a.m.

All other parties have consented to this adjournment. This request would not impact any other scheduled dates in this action. This matter was also discussed with Maria Liberatore, who granted permission to send this request by fax.

Thank you for your attention to this matter.

Yours, etc.

JAMES R. SANDNER
Attorney for Defendant UFT
Office & P.O. Address
52 Broadway, 9th Floor
New York, NY 10004-1603
(212) 533-6300

By: _____
CHRISTOPHER M. CALLAGY
Senior Counsel

c:  Michael G. O'Neill, Esq. (Attorney for Plaintiff)
    Clerk of the Court, E.D.N.Y.
    Eric Eichenholtz, Esq. (Attorney for City Defendants)
    William Delaney, Esq. (Attorney for Pace University)
    Magistrate Judge Robert M. Levy
    Neil J. Dudich, Esq. (Attorney for UFT, Associate Counsel)

52 Broadway, 9th Floor • New York, N.Y. 10004 • (212) 533-6300

*Affiliated with the American Federation of Teachers, AFL-CIO • Representing teachers and other professionals, school-related professionals, higher education professionals, health care professionals, and retirees*

NYC Legal 84013