# EXHIBIT A

Case 1:04-cv-01508-CBA-RML   Document 31-2   Filed 01/21/05   Page 2 of 24 PageID #: 112

8 NY ADC 52.21

8 NYCRR 52.21

N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 1

C

**OFFICIAL COMPILATION OF CODES, RULES AND REGULATIONS OF THE STATE OF NEW YORK**
**TITLE 8. EDUCATION DEPARTMENT**
**CHAPTER II. REGULATIONS OF THE COMMISSIONER**
**PART 52. REGISTRATION OF CURRICULA**
Text is current through July 15, 2003.

Section 52.21 Registration of curricula in teacher education.

(a) Programs leading to certification in teacher education that enroll students who will apply for provisional certification on or before February 1, 2004, and who upon such application qualify for such provisional certification effective on or before February 1, 2004, shall meet the requirements of this subdivision, except that all programs leading to certification valid for pupil personnel service or administrative and supervisory service shall meet the requirements of this subdivision.

(1) The general requirements for registration as set forth under sections 52.1 and 52.2 of this Part, shall pertain to this section. In addition, the following requirements shall be met:

(i) Purposes. Evaluation of the college's success in achieving its teacher education objectives will give major emphasis to the following fields: general education and subject specialization, behavioral and social sciences related to teaching, and education theory and practice. For each program there should be clear statements of the objectives in observable behavioral terms and the procedure that is to be followed for the continuous evaluation of the program. In addition, there should be procedures for subsequent program modification as found necessary by evaluation.

(ii) Resources. In addition to the laboratory facilities required under section 52.2 of this Part, the programs in teacher education shall be served by adequate teaching aids; library resources to support instructional programs and research; and facilities for observation and demonstration with children in classroom and other situations, student teaching, professional laboratory experiences, and clinical and field service experiences. The adequacy of the resources shall be judged by evidence showing how the graduates will meet the objectives of the program.

(2) Certification requirements. Evaluation for approval of any program shall take into account the applicable certification requirements.

(3) All registered teacher education programs leading to certification for teaching in the early childhood and upper elementary grades (N-6) or the early childhood, upper elementary grades and an academic subject in the early secondary grades (N-9) shall include adequate preparation regarding instruction in alcohol, tobacco and drug abuse. No person may be issued a certificate unless the recommending institution certifies that such applicant has satisfactorily demonstrated the competencies included in the institutional program registered by the department in such form as is determined by the commissioner.

(4) All registered teacher education programs leading to certification in the classroom teaching service, school service, or administrative and supervisory service shall provide two clock hours of coursework or training in school violence prevention and intervention. Such course work or training shall include, but not be limited to, study in the warning signs within a developmental and social context that relate to violence and other troubling behaviors in children; the statutes, regulations and policies relating to a safe nonviolent school climate; effective classroom management techniques and other academic supports that promote a nonviolent school climate and enhance learning; the integration of social and problem solving skill development for students within the regular curriculum; intervention techniques designed to address a school violence situation; and how to participate in an effective school/community referral process for students exhibiting violent behavior.

(b) Programs leading to certification in teacher education that enroll students who will apply for initial certification on or after February 2, 2004 to qualify for such initial certification effective on or after September 1, 2004, shall meet the requirements of this subdivision, except that all programs leading to certification valid for pupil personnel service or administrative and supervisory service shall meet the requirements of subdivision (a) of this section instead of the requirements of this subdivision.

(1) Definitions. As used in this subdivision:

(i) Annotation of a teaching certificate means the

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 2

recognition that the holder of an appropriate valid teaching certificate has additional pedagogical knowledge, skills and experiences attained on a voluntary basis, and subject to the limitations and requirements set forth in the teacher certification requirements of this Title.

(ii) Classroom teaching certificate means a teaching certificate other than a certificate in pupil personnel service or administrative and supervisory service.

(iii) Cognate means a subject the knowledge of which is directly related to understanding fully the knowledge of a second subject, as chemistry is a cognate of biology. The determination of what subject will be designated a cognate for the second subject at a given institution will be made by the faculty for that second subject at the institution.

(iv) Concentration means major, as defined in this paragraph.

(v) English language learners means pupils with limited English proficiency, as defined in Part 154 of this Title.

(vi) Extension of a teaching certificate means the required authorization for the holder of an appropriate valid teaching certificate to teach an additional student population, grade or subject not otherwise authorized by the certificate held, and subject to the limitations and requirements set forth in the teacher certification requirements of this Title.

(vii) Field experience means direct observation of teaching, participation in teaching, or teaching itself that is related to the teacher education program in which the candidate is enrolled; engaged in prior to student teaching or practica; and carefully selected and planned by program faculty.

(viii) Initial certificate means the first teaching certificate obtained by a candidate that qualifies that individual to teach in the public schools of New York State, excluding the transitional certificate and temporary license, and subject to the limitations and requirements set forth in the teacher certification requirements of this Title.

(ix) Major means sequential study in a subject or interdisciplinary field of at least 30 semester hours that provides knowledge of breadth and depth in that subject or interdisciplinary field, except as otherwise prescribed in this subdivision.

(x) Mentored teaching experience means teaching by a new teacher with guidance and professional support provided to the new teacher by an experienced certified teacher who holds a permanent or professional certificate and has applied to and been approved by the school or school district to provide such mentoring to the new teacher.

(xi) Practica means structured, college-supervised learning experiences for a student in a teacher education program in which the student teacher practices the skills being learned in the teacher education program through direct experiences with individual students, or with groups of students. These skills are practiced under the direct supervision of the certified teacher who has official responsibility for the students.

(xii) Professional certificate means the final teaching certificate obtained by a candidate that qualifies that individual to teach in the public schools of New York State, subject to the limitations and requirements set forth in the teacher certification requirements of this Title.

(xiii) Student teaching means a structured, college-supervised learning experience for a student in a teacher education program in which the student teacher practices the skills being learned in the teacher education program and gradually assumes increased responsibility for instruction, classroom management, and other related duties for a class of students in the area of the certificate sought. These skills are practiced under the direct supervision of the certified teacher who has official responsibility for the class.

(xiv) Subject means a branch of knowledge or study.

(xv) Transitional A certificate means the first teaching certificate obtained by a candidate that qualifies that individual to teach a specific career and technical subject within the field of agriculture, health, or a trade in the public schools of New York State, subject to the requirements and limitations of Part 80 of this Title, and excluding the provisional certificate, initial certificate, temporary license, transitional B certificate, and transitional C certificate.

(xvi) Transitional B certificate means the first teaching certificate obtained by a candidate enrolled in an alternative teacher certification program, as

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 3

prescribed in this section, that qualifies that individual to teach in the public schools of New York State, subject to the requirements and limitations of Part 80 of this Title, and excluding the provisional certificate, initial certificate, temporary license, transitional A certificate, and transitional C certificate.

(xvii) Transitional C certificate means the first teaching certificate obtained by a candidate holding an appropriate academic or graduate professional degree and enrolled in an intensive program leading to a professional certificate that qualifies that individual to teach in the public schools of New York State, subject to the requirements and limitations of Part 80 of this Title, and excluding the provisional certificate, initial certificate, temporary license, transitional A certificate, and transitional B certificate.

(2) General requirements. In addition to meeting the applicable provisions of this Part, to be registered as a program leading to certification in teacher education, such program shall meet the general requirements set forth in this subdivision, except to the extent that such general requirements are explicitly stated to be inapplicable in this paragraph or in the specific requirements for the certification title as set forth in paragraph (3) of this subdivision, and shall also meet the specific requirements set forth in paragraph (3) of this subdivision.

(i) Standards for all programs. In addition to meeting the applicable provisions of this Part, including but not limited to the applicable provisions of section 52.2 of this Part, all programs leading to certification in teacher education shall meet the following requirements:

(a) Programs shall have a written statement of the philosophy, purposes and objectives of the program.

(b) Institutions shall demonstrate how faculty in the arts and sciences and faculty in education cooperate for the purpose of ensuring that prospective teachers receive academic preparation of high quality, equivalent to that of students in other fields.

(c) Institutions shall demonstrate efforts to recruit qualified faculty and student bodies for teacher education from groups historically underrepresented in such programs.

(d) Institutions shall demonstrate efforts to recruit and retain qualified faculty who understand the problems of high need schools and have professional experience in such schools.

(e) Institutions shall publish information about each of its teacher education programs that shall be made available to prospective and enrolled students. The information shall include but need not be limited to, as available, relevant statistics about the labor market and job availability for each certificate title for which a teacher education program is offered, including the source of the statistics and the period of time and geographic area to which the statistics refer.

(f) Institutions shall demonstrate how they maintain formal relationships with local schools for the purpose of improving the preparation of teachers and improving teaching and learning at both the institutional and the elementary and/or secondary school levels.

(g) Institutions shall demonstrate how they promote faculty involvement with public or nonpublic schools for the purpose of improving the preparation of teachers with regard to understanding diversity and issues facing high need schools.

(h) Institutions shall provide sufficient numbers of qualified, full-time faculty in order to: foster and maintain continuity and stability in teacher education programs and policies; ensure that the majority of credit-bearing courses in the program are offered by full-time faculty; and ensure the proper discharge of all other faculty responsibilities. Faculty teaching assignments shall not exceed 12 semester hours per semester for undergraduate courses, or 9 semester hours per semester for graduate courses, or 21 semester hours per academic year for faculty who teach a combination of graduate and undergraduate courses, while still providing sufficient course offerings to allow students to complete their programs in the minimum time required for earning the degree. Individual faculty members shall not supervise more than 18 student teachers per semester. Supervision of field experiences, practica, and student teaching shall be considered by the institution in determining faculty load, and institutions shall demonstrate how such supervision is considered in determining faculty load. The commissioner may grant a waiver from one or more requirements of this clause upon a showing of good cause satisfactory to the commissioner, including but not limited to a showing that the institution cannot meet the

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

requirement because of the nature of the program, which otherwise meets the requirements of this Part.

(i) Institutions shall demonstrate that participation in relationships with local schools is a valued component of the responsibilities of the faculty with primary appointments to teacher education.

(j) Institutions shall provide sufficient resources and equipment and adequate facilities and physical space, as prescribed in section 52.2(a) of this Part, to support effective teaching and scholarship by faculty and effective learning and scholarship by students in the program.

(k) Institutions shall demonstrate how they use various types of assessments to evaluate students for admission to teacher education programs and based on such assessments prescribe study and experiences that will enable students to develop the knowledge, understanding, and skills necessary to successfully meet the requirements for certification upon program completion.

(ii) Standards for programs leading to an initial certificate. In addition to meeting the applicable provisions of this Part, including but not limited to the applicable provisions of section 52.2 of this Part, programs leading to an initial certificate shall be programs leading to a baccalaureate or higher degree, which shall include a requirement that the candidate complete a general education core in the liberal arts and sciences as prescribed in clause (a) of this subparagraph, a content core as prescribed in clause (b) of this subparagraph, and a pedagogical core as prescribed in clause (c) of this subparagraph.

(a) General education core in the liberal arts and sciences. The program shall include a requirement that the candidate complete study that prepares candidates with knowledge, understanding, and skills in the liberal arts and sciences, including but not limited to: artistic expression; communication; information retrieval; concepts in history and social sciences; humanities; a language other than English; scientific and mathematical processes; and written analysis and expression.

(b) Content core. The program shall include a requirement that the candidate complete study in the subject(s) to be taught which shall prepare candidates with the knowledge base to teach the subject(s), in accordance with the State learning standards for students, as prescribed in Part 100 of

this Title, and shall prepare candidates for refining and expanding that knowledge base.

(c) Pedagogical core. The program shall include a requirement that the candidate complete study in a pedagogical core that provides the candidate with the pedagogical knowledge, understanding, and skills as set forth in subclause (1) of this clause and field experiences, and student teaching and/or practica as set forth in subclause (2) of this clause.

(1) Pedagogical knowledge, understanding, and skills. The program shall provide study that will permit candidates to obtain the following pedagogical knowledge, understanding, and skills:

(i) human developmental processes and variations, including but not limited to: the impact of culture, heritage, socioeconomic level, personal health and safety, nutrition, past or present abusive or dangerous environment, and factors in the home, school, and community on students' readiness to learn--and skill in applying that understanding to create a safe and nurturing learning environment that is free of alcohol, tobacco, and other drugs and that fosters the health and learning of all students, and the development of a sense of community and respect for one another;

(ii) learning processes, motivation, communication, and classroom management--and skill in applying those understandings to stimulate and sustain student interest, cooperation, and achievement to each student's highest level of learning in preparation for productive work, citizenship in a democracy, and continuing growth;

(iii) the nature of students within the full range of disabilities and special health- care needs, and the effect of those disabilities and needs on learning and behavior-- and skill in identifying strengths, individualizing instruction, and collaborating with others to prepare students with disabilities and special needs to their highest levels of academic achievement and independence;

(iv) language acquisition and literacy development by native English speakers and students who are English language learners--and skill in developing the listening, speaking, reading, and writing skills of all students, including at least six semester hours of such study for teachers of early childhood education, childhood education, middle childhood education, and adolescence education;

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 5

teachers of students with disabilities, students who are deaf or hard-of-hearing, students who are blind or visually impaired, and students with speech and language disabilities; teachers of English to speakers of other languages; and library media specialists. This six semester hour requirement may be waived upon a showing of good cause satisfactory to the commissioner, including but not limited to a showing that the program provides adequate instruction in language acquisition and literacy development through other means;

(v) curriculum development, instructional planning, and multiple research-validated instructional strategies for teaching students within the full range of abilities-- and skill in designing and offering differentiated instruction that enhances the learning of all students in the content area(s) of the certificate;

(vi) uses of technology, including instructional and assistive technology, in teaching and learning--and skill in using technology and teaching students to use technology to acquire information, communicate, and enhance learning;

(vii) formal and informal methods of assessing student learning and the means of analyzing one's own teaching practice--and skill in using information gathered through assessment and analysis to plan or modify instruction, and skill in using various resources to enhance teaching;

(viii) history, philosophy, and role of education, the rights and responsibilities of teachers and other professional staff, students, parents, community members, school administrators, and others with regard to education, and the importance of productive relationships and interactions among the school, home, and community for enhancing student learning--and skill in fostering effective relationships and interactions to support student growth and learning, including skill in resolving conflicts;

(ix) means to update knowledge and skills in the subject(s) taught and in pedagogy;

(x) means for identifying and reporting suspected child abuse and maltreatment, which shall include at least two clock hours of coursework or training regarding the identification and reporting of suspected child abuse or maltreatment, in accordance with the requirements of section 3004 of the Education Law;

(xi) means for instructing students for the purpose of preventing child abduction, in accordance with Education Law section 803-a; preventing alcohol, tobacco and other drug abuse, in accordance with Education Law section 804; providing safety education, in accordance with Education Law section 806; and providing instruction in fire and arson prevention, in accordance with Education Law section 808; and

(xii) means for the prevention of and intervention in school violence, in accordance with section 3004 of the Education Law. This study shall be composed of at least two clock hours of course work or training that includes, but is not limited to, study in the warning signs within a developmental and social context that relate to violence and other troubling behaviors in children; the statutes, regulations and policies relating to a safe nonviolent school climate; effective classroom management techniques and other academic supports that promote a nonviolent school climate and enhance learning; the integration of social and problem solving skill development for students within the regular curriculum; intervention techniques designed to address a school violence situation; and how to participate in an effective school/community referral process for students exhibiting violent behavior.

(2) Field experiences, student teaching and practica.

(i) The program shall include at least 100 clock hours of field experiences related to coursework prior to student teaching or practica. The program shall include at least two college-supervised student- teaching experiences of at least 20 school days each; or at least two college-supervised practica with individual students or groups of students of at least 20 school days each. This requirement shall be met by student teaching, unless the specific requirements for the certificate title in paragraph (3) of this subdivision require practica.

(ii) The field experiences, student teaching and practica shall:

(A) be consistent with the program's philosophy, purposes and objectives and carefully selected and planned by program faculty, with learning outcomes specified and their achievement regularly evaluated;

(B) be accompanied by coursework or

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 6

seminars and supervised by one or more faculty who participate actively in the program and in program development, and who have training and skills in supervision and the expertise to provide supervision related to content and pedagogy. Full- time faculty shall participate in supervising students during their student-teaching or practica experiences;

(C) provide candidates with experiences in a variety of communities and across the range of student developmental levels of the certificate, experiences practicing skills for interacting with parents or caregivers, experiences in high need schools, and experiences with each of the following student populations: socioeconomically disadvantaged students, students who are English language learners, and students with disabilities; and

(D) for programs preparing candidates for more than one certificate, ensure that candidates have field experiences and/or student-teaching or practica experiences related to each certificate, as prescribed in paragraph (3) of this subdivision.

(iii) Upon written application by the institution, the commissioner may grant a time-limited approval for an alternate model for field experiences and college- supervised student teaching or practica, provided that the institution demonstrates the success of such model or has an adequate plan for demonstrating that the model will be successful.

(iv) Other options for candidates holding another classroom teaching certificate to meet the student teaching or practica requirement are set forth in the teacher certification requirements of this Title for the particular certificate title.

(iii) Standards for programs leading to a professional certificate.

(a) In addition to meeting the applicable provisions of this Part, including but not limited to the applicable provisions of section 52.2 of this Part, programs registered as leading to a professional certificate shall lead to a master' s or higher degree and meet one of the following requirements:

(1) the program shall meet the requirements for an initial certificate;

(2) the program shall meet the requirements for an extension or annotation of a certificate for candidates holding such certificate or simultaneously meeting the requirements for such certificate;

(3) for professional certificates in early childhood education, childhood education, middle childhood education (generalist), teaching students with disabilities in early childhood, teaching students with disabilities in childhood, teaching students with disabilities in middle childhood (generalist), teaching students who are deaf or hard of hearing, teaching students who are blind or visually impaired, teaching English to speakers of other languages, and educational technology specialist, and for no other professional certificates, the program shall lead to a master's or higher degree that includes at least 12 semester hours in graduate study that links pedagogy and content in each of the following areas of the State learning standards for students: English language arts; mathematics, science and technology; and social studies. Such programs shall be jointly designed by faculty of these content areas and faculty of education to link content and pedagogy; or

(4) for professional certificates in middle childhood education (specialist); adolescence education; teacher of students with disabilities in middle childhood education (specialist); teacher of students with disabilities in adolescence education; teacher of a special subject; or teacher of the career field of agriculture, or business and marketing and for no other professional certificates, the program shall lead to a master's or higher degree that includes at least 12 semester hours in graduate study that links pedagogy and content in the subject of the certificate or a related subject. Such programs shall be jointly designed by faculty of these content areas and faculty of education to link content and pedagogy.

(b) Other options for fulfilling the educational requirements for the professional certificate are set forth in the teacher certification requirements of this Title.

(iv) Institutional accountability.

(a) Institutions shall be accountable for the quality of their programs leading to certification in teacher education and the candidates who complete such programs, and shall demonstrate that their teacher education programs are evaluated regularly and that such evaluations are considered for making program improvements.

(b) Candidate performance on New York State teacher certification examinations.

(1) The department shall conduct a

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

registration review in the event that fewer than 80 percent of students, who have satisfactorily completed the institution's program during a given academic year and have also completed one or more of the examinations required for a teaching certificate, pass each such examination that they have completed. For purposes of this clause, students who have satisfactorily completed the institution's program shall mean students who have met each educational requirement of the program, excluding any institutional requirement that the student pass each required examination of the New York State teacher certification examinations for a teaching certificate in order to complete the program. Students satisfactorily meeting each educational requirement may include students who earn a degree or students who complete each educational requirement without earning a degree. For determining this percentage, the department shall consider the performance on each certification examination of those students completing an examination not more than five years before the end of the academic year in which the program is completed or not later than the September 30th following the end of such academic year, academic year defined as July 1st through June 30th, and shall consider only the highest score of individuals taking a test more than once.

(2) The registration review initiated by not meeting the percentage prescribed in subclause (1) of this clause shall require the institution to submit a corrective action plan within four months of being notified by the department of not meeting the percentage. If the department approves the plan, the department shall define a timeframe for its implementation and shall assess the effectiveness of the plan within three years of initiation of the plan. If the department does not approve the plan or determines that the institution is not meeting the terms of the plan, and the department determines that the institution is not meeting the other requirements of this Part, the institution shall be subject to denial of re-registration in accordance with the requirements of section 52.23 of this Part.

(2) By January 15, 2000 and annually by January 15th thereafter, each institution with programs registered pursuant to this section shall provide the department with a list of all students who satisfactorily complete each of its teacher education programs in the preceding year, July 1st through June 30th.

(c) Accreditation.

(1) For programs registered on or before September 1, 2001, the requirements of subclause (2) of this clause shall be met by December 31, 2006. For such programs, the institution shall submit to the acceptable professional education accrediting association or the department pursuant to the Regents accreditation process, the self-study or its equivalent as prescribed by the department, required for the accreditation review, by July 1, 2004. For programs registered for the first time after September 1, 2001, the requirements of subclause (2) of this clause shall be met within seven years of the date of the commencement of such initial registration.

(2) Programs shall be accredited by either:

(i) an acceptable professional education accrediting association, meaning an organization which is determined by the department to have equivalent standards to the standards set forth in this Part; or

(ii) the Regents, pursuant to a Regents accreditation process.

(3) Specific requirements. To be registered as a program leading to certification, the program shall meet the specific requirements of this paragraph for the particular certificate title. The general requirements prescribed in paragraph (2) of this subdivision shall also be applicable, unless such general requirements are explicitly stated to be inapplicable in paragraph (2) of this subdivision or by the specific requirements set forth in this paragraph.

(i) Programs leading to initial certificates valid for teaching early childhood education (birth through grade 2).

(a) Content core. In addition to meeting the general requirements for the content core prescribed in clause (2)(ii)(b) of this subdivision, the content core shall be a major, concentration, or the equivalent in one or more of the liberal arts and sciences, which, in combination with the general education core and pedagogical core, shall ensure that the candidate has a knowledge base for teaching to the State learning standards for students, as prescribed in Part 100 of this Title, in the following areas of the early childhood education curriculum: the arts; career development and occupational studies; English language arts; health, physical education, and family and consumer sciences; a language other than English; mathematics, science and technology; and social studies.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 8

(b) Pedagogical core. In addition to meeting the general requirements for the pedagogical core prescribed in clause (2)(ii)(c) of this subdivision, the pedagogical core shall focus on early childhood education and include, but need not be limited to:

(1) study in the following:

(i) processes of social, emotional, cognitive, linguistic, physical, and aesthetic growth and development in early childhood within socio-cultural contexts and how to provide learning experiences and conduct assessments reflecting understanding of those processes;

(ii) early childhood curriculum development and the implications of environmental design for implementing curriculum; and

(iii) teaching the literacy skills of listening, speaking, reading, and writing to native English speakers and students who are English language learners, including methods of reading enrichment and remediation; and

(2) field experiences and student teaching experiences with children in each of the three early childhood groups, pre-kindergarten, kindergarten, and grades 1 through 2, through the combined field experiences and student teaching experience, and student teaching with at least two of these three groups. The time requirements for field experience, student teaching and practica of item (2)(ii)(c )(2)(i) of this subdivision shall not be applicable for candidates holding another classroom teaching certificate or for candidates who are simultaneously preparing for another classroom teaching certificate and completing the full field experience, student teaching and practica requirement for that other certificate. In such instances, the programs shall require such candidates to complete at least 50 clock hours of field experiences and at least 20 days of practica or student teaching with students in early childhood, including experiences with each of the three early childhood groups.

(ii) Programs leading to initial certificates valid for teaching childhood education (grades 1 through 6).

(a) Content core. In addition to meeting the general requirements for the content core prescribed in clause (2)(ii)(b) of this subdivision, the content core shall be a major, concentration, or the equivalent in one or more of the liberal arts and sciences, which,

in combination with the general education core and pedagogical core, ensures that the candidate has a knowledge base for teaching to the State learning standards for students in the following areas of the childhood education curriculum: the arts; career development and occupational studies; English language arts; health, physical education, and family and consumer sciences; languages other than English; mathematics, science and technology; and social studies, as prescribed in Part 100 of this Title.

(b) Pedagogical core. In addition to meeting the general requirements for the pedagogical core prescribed in clause (2)(ii)(c) of this subdivision, the pedagogical core shall focus on childhood education and include, but need not be limited to:

(1) study in the following:

(i) processes of growth and development in childhood and how to provide learning experiences and conduct assessments reflecting understanding of those processes;

(ii) teaching the literacy skills of listening, speaking, reading, and writing to native English speakers and students who are English language learners at the childhood level, including methods of reading enrichment and remediation; and

(2) field experiences and student teaching experiences in both childhood education settings, grades 1 through 3 and grades 4 through 6. The time requirements for field experience, student teaching and practica of item (2)(ii)(c )(2)(i) of this subdivision shall not be applicable for candidates holding another classroom teaching certificate or for candidates who are simultaneously preparing for another classroom teaching certificate and completing the full field experience, student teaching and practica requirement for that other certificate. In such instances, the programs shall require such candidates to complete at least 50 clock hours of field experiences, practica, or student teaching with students in childhood education, including experiences in both childhood education settings.

(iii) Programs leading to initial certificates valid for teaching middle childhood education (grades 5 through 9).

(a) Content core. In addition to meeting the general requirements for the content core prescribed in clause (2)(ii)(b) of this subdivision, the content core shall be study that provides a content knowledge

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 9

base for assisting students in grades 5 through 9 in meeting the State learning standards for students, as prescribed in Part 100 of this Title, through the following options:

(1) specialist option - a major or the equivalent in English, a language other than English, biology, chemistry, earth science, physics, mathematics, or social studies; provided that the content core in social studies shall include study in economics, government, and at least a total of 21 semester hours of study in the history and geography of the United States and the world; or

(2) generalist option - a major, concentration, or the equivalent, in one or more of the liberal arts and sciences, which, in combination with the general education core and pedagogical core, shall ensure that the candidate has a knowledge base for teaching to the State learning standards for students in the following areas of the middle childhood education curriculum: the arts; career development and occupational studies; English language arts; health, physical education, and family and consumer sciences; languages other than English; mathematics, science and technology; and social studies; as prescribed in Part 100 of this Title.

(b) Pedagogical core. In addition to meeting the general requirements for the pedagogical core prescribed in clause (2)(ii)(c) of this subdivision, the pedagogical core shall focus on middle childhood education and include, but need not be limited to:

(1) study in the following:

(i) processes of growth and development in middle childhood and how to provide learning experiences, including interdisciplinary experiences, and conduct assessments reflecting understanding of those processes;

(ii) teaching the literacy skills of listening, speaking, reading, and writing to native English speakers and students who are English language learners at the middle childhood level, including methods of reading enrichment and remediation; and

(2) student teaching in both middle childhood settings, grades 5 through 6 and grades 7 through 9. The time requirements for field experience, student teaching and practica of item (2)(ii)(c)(2)(i) of this subdivision shall not be applicable for candidates holding another classroom teaching certificate or for candidates who are

simultaneously preparing for another classroom teaching certificate and completing the full field experience, student teaching and practica requirement for that other certificate. In such instances, the program shall require such candidates to complete at least 50 clock hours of field experiences, practica, or student teaching with middle childhood students, including experiences in both middle childhood settings, grades 5 through 6 and grades 7 through 9.

(iv) Programs leading to initial certificates valid for teaching adolescence education (grades 7 through 12).

(a) Content core. In addition to meeting the general requirements for the content core prescribed in clause (2)(ii)(b) of this subdivision, the content core shall be a major or its equivalent in one of the liberal arts and sciences that provides a knowledge base for assisting students in grades 7 through 12 in meeting the State learning standards for students, as applicable to one of the following subjects and prescribed in Part 100 of this Title: English, a language other than English, biology, chemistry, earth science, physics, mathematics, or social studies, provided that the content core in social studies shall include study in economics, government, and at least a total of 21 semester hours of study in the history and geography of the United States and the world.

(b) Pedagogical core. In addition to meeting the general requirements for the pedagogical core prescribed in clause (2)(ii)(c) of this subdivision, the pedagogical core shall focus on adolescence education and include, but need not be limited to:

(1) study in the processes of growth and development in adolescence and how to provide learning experiences and conduct assessments reflecting understanding of those processes; and

(2) student teaching in both adolescence education settings, grades 7 through 9 and grades 10 through 12. The time requirements for field experience, student teaching and practica of item (2)(ii)(c)(2)(i) of this subdivision shall not be applicable for candidates holding another classroom teaching certificate or candidates who are simultaneously preparing for another classroom teaching certificate and completing the full field experience, student teaching and practica requirement for that other certificate. In such instances, programs shall require such candidates to complete at least 50 clock hours of field experiences, practica, or student teaching with students in adolescence, including

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

experiences in both adolescence education settings, grades 7 through 9 and grades 10 through 12.

(v) Programs leading to initial certificates valid for teaching a special subject (all grades).

(a) Content core. In addition to meeting the general requirements for the content core prescribed in clause (2)(ii)(b) of this subdivision, the content core shall be a major or its equivalent in the subject area of the certificate that provides a knowledge base for assisting students in meeting the State learning standards for students, as applicable to one of the following subjects and prescribed in Part 100 of this Title: dance, family and consumer sciences, health education, music, physical education, technology education, theatre, or visual arts.

(b) Pedagogical core. In addition to meeting the general requirements for the pedagogical core prescribed in clause (2)(ii)(c) of this subdivision, the pedagogical core shall include, but need not be limited to:

(1) for teachers of health education, study for instructing students in middle childhood and adolescence about child development and parental skills and responsibility, pursuant to Education Law section 804-b; and for instructing students in middle childhood and adolescence about methods of preventing and detecting certain cancers, pursuant to Education Law section 804(3-a); and

(2) student teaching of the special subject in both settings, pre- kindergarten through grade 6 and grades 7 through 12. The time requirements for field experience, student teaching and practica of item (2)(ii)(c)(2 )(i) of this subdivision shall not be applicable for candidates holding another classroom teaching certificate or candidates who are simultaneously preparing for another classroom teaching certificate and completing the full field experience, student teaching and practica requirement for that other certificate. In such instances, the programs shall require such candidates to complete at least 50 clock hours of field experiences, practica, or student teaching with students in the special subject class, including experiences in both settings, pre-kindergarten through grade 6 and grades 7 through 12.

(vi) Programs leading to initial certificates valid for teaching students with disabilities in early childhood, childhood, middle childhood, or adolescence.

(a) Content core. In addition to meeting the general requirements for the content core prescribed in clause (2)(ii)(b) of this subdivision, the content core shall include the preparation for meeting the content core requirements for the general teaching certificate at the same student developmental level: early childhood, childhood, middle childhood, or adolescence, as prescribed in this subdivision.

(b) Pedagogical core. In addition to meeting the general requirements for the pedagogical core prescribed in clause (2)(ii)(c) of this subdivision, the pedagogical core shall include the preparation for meeting the pedagogical core requirement for the general teaching certificate at the same developmental level and shall focus on developing comprehensive knowledge, understanding, and skills for teaching students with mild, moderate, severe, and multiple disabilities at the student developmental level of the certificate and include, but need not be limited to:

(1) study in the following:

(i) historical, social, and legal foundations of special education, employment and independence for individuals with disabilities;

(ii) characteristics of learners with disabilities;

(iii) managing behavior of students with disabilities and promoting development of positive social interaction skills;

(iv) participating in collaborative partnerships for the benefit of students with disabilities, including family strengthening partnerships;

(v) assessment, diagnosis, and evaluation of students with disabilities;

(vi) curriculum development and research-validated methods of instructing students with disabilities, including methods of teaching reading and mathematics and methods of enrichment and remediation in reading and mathematics;

(vii) use of assistive and instructional technology in the teaching of and learning by students with disabilities; and

(viii) planning and managing teaching and

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 11

learning environments for individuals with disabilities, including planning for and supporting students with disabilities in general education settings; and

(2) field experiences and student teaching with students with disabilities across the age/grade range of the student developmental level of the certificate, through combined field experiences and student teaching, and student teaching in two settings as appropriate to the certificate: pre-K through kindergarten and grades 1 through 2; or grades 1 through 3 and grades 4 through 6; or grades 5 through 6 and grades 7 through 9; or grades 7 through 9 and grades 10 through 12. The time requirements for field experience, student teaching and practica of item (2)(ii)(c)(2)(i) of this subdivision shall not be applicable for candidates holding another classroom teaching certificate or candidates who are simultaneously preparing for another classroom teaching certificate and completing the full field experience, student teaching and practica requirement for that other certificate. In such instances, the programs shall require such candidates to complete at least the equivalent of 50 clock hours of field experiences and at least 20 days of practica or student teaching with students with disabilities, including experiences across the age/grade range of the student developmental level of the certificate.

(vii) Programs leading to initial certificates valid for teaching students who are deaf or hard-of-hearing (all grades).

(a) Content core. In addition to meeting the general requirements for the content core prescribed in clause (2)(ii)(b) of this subdivision, the content core shall include two options for candidates:

(1) content core, as prescribed in this subdivision, for the early childhood education certificate or the childhood education certificate; or

(2) content core, as prescribed in this subdivision, for the middle childhood education certificate or the adolescence education certificate.

(b) Pedagogical core. In addition to meeting the general requirements for the pedagogical core prescribed in clause (2)(ii)(c) of this subdivision, the pedagogical core shall focus on developing comprehensive knowledge, understanding, and skills for teaching students with disabilities as prescribed in subclause (vi)(b )(1) of this paragraph; and specialized knowledge, understanding and skills for

teaching deaf or hard-of-hearing students that includes, but need not be limited to:

(1) study of the effects of hearing loss on students' lives, communication, language development, and learning; and study of American Sign Language, deaf culture, the use of amplification/assistive technologies, and a variety of effective strategies for instructing students who are deaf or hard-of-hearing, such as other sign communication systems, cued speech, speech-reading, and total communication; and

(2) field experiences, student teaching or practica with students who are deaf or hard-of-hearing, which includes experiences at each of the four developmental levels: early childhood, childhood, middle childhood, and adolescence, provided that student teaching shall include experiences at the early childhood or childhood level and also at the middle childhood or adolescence level. The time requirements for field experience, student teaching and practica of item (2)(ii)(c)(2 )(i) of this subdivision shall not be applicable for candidates holding another classroom teaching certificate or candidates who are simultaneously preparing for another classroom teaching certificate and completing the full field experience, student teaching and practica requirement for that other certificate. In such instances, the programs shall require such candidates to complete at least 50 clock hours of field experiences and at least 20 days of practica or student teaching with students who are deaf or hard-of-hearing.

(viii) Programs leading to initial certificates valid for teaching students who are blind or visually impaired (all grades).

(a) Content core. In addition to meeting the general requirements for the content core prescribed in clause (2)(ii)(b) of this subdivision, the content core shall include two options for candidates:

(1) content core, as prescribed in this subdivision, for the early childhood education certificate or the childhood education certificate; or

(2) content core, as prescribed in this subdivision, for the middle childhood education certificate or the adolescence education certificate.

(b) Pedagogical core. In addition to meeting the general requirements prescribed in clause (2)(ii)(c) of this subdivision, the pedagogical core

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

shall focus on developing comprehensive knowledge, understanding, and skills for teaching students with disabilities, as prescribed in subclause (vi)(b)(1) of this paragraph; and specialized knowledge, understanding, and skills for teaching students who are blind or visually impaired that includes, but need not be limited to:

(1) study in the following:

(i) purposes and scope of ophthalmologic, optometric, and clinical low- vision evaluation procedures, major codes of Braille, and treatment options used with students with visual impairments;

(ii) use of devices to assist students with blindness and visual impairments, including assistive technology;

(iii) methods for selecting the appropriate literacy medium or media for each student; and

(iv) reading and teaching Braille; and

(2) field experiences, student teaching or practica with students who are blind or visually impaired, which includes experiences at each of the four developmental levels: early childhood, childhood, middle childhood and adolescence, provided that student teaching shall include experiences at the early childhood or childhood level and also at the middle childhood or adolescence level. The time requirements for field experience, student teaching and practica of item (2)(ii)(c)(2 )(i) of this subdivision shall not be applicable for candidates holding another classroom teaching certificate or candidates who are simultaneously preparing for another classroom teaching certificate and completing the full field experience, student teaching and practica requirement for that other certificate. In such instances, the programs shall require such candidates to complete at least 50 clock hours of field experiences and at least 20 days of practica or student teaching with students who are blind or visually impaired.

(ix) Programs leading to certificates valid for teaching students with speech and language disabilities (all grades).

(a) Requirements for the initial certificate.

(1) Content core. The general requirements for the content core prescribed in clause (2)(ii)(b) of this subdivision shall not apply. The content core

shall include study to acquire knowledge, understanding, and skills in the field of speech and language disorders.

(2) Pedagogical core. In addition to meeting the general requirements for the pedagogical core prescribed in clause (2)(ii)(c) of this subdivision, the pedagogical core shall include, but need not be limited to:

(i) study to develop comprehensive knowledge, understanding, and skills for teaching students with disabilities, as prescribed in subclause (vi)(b)(1) of this paragraph, and specialized study to prepare for working with general education teachers in terms of the impact of speech, language, and hearing disabilities on learning in the general curriculum areas of the State learning standards for students, which are prescribed in Part 100 of this Title; and

(ii) supervised, on-campus clinical practica and off-campus, college- supervised clinical practica totaling at least 150 clock hours that include experiences with students with speech and language disabilities in early childhood, childhood, middle childhood, and adolescence. The off-campus practica shall include experiences in elementary and/or secondary schools. The time requirements for field experience, student teaching and practica of item (2)(ii)(c)(2 )(i) of this subdivision shall not be applicable.

(b) Requirements for the professional certificate.

(1) The general registration requirements for a program leading to the professional certificate set forth in clause (2)(iii)(a) of this subdivision shall not apply.

(2) To meet the registration requirements for a program leading to the professional certificate, the program shall be a master's degree program in speech-language pathology or its equivalent that meets the educational requirements in Part 75 of this Title required for licensure as a speech- language pathologist.

(x) Programs leading to initial certificates valid for teaching English to speakers of other languages (all grades).

(a) Content core. In addition to meeting the general requirements for the content core prescribed

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 17

transitional certificate, as prescribed for the certificate title in this paragraph, that is integrated into an intensive and streamlined program of study, except that the field experience, student teaching or practica requirement shall not be applicable. The program shall result in the award of a degree or the award of a certificate signifying program completion, as defined in section 50.1(j) of this Title. The program may permit a candidate to meet a portion of the coursework requirements in the pedagogical core through assessment methods used by the program that shall ensure that the candidate has the knowledge, understanding, and skills that would be acquired in such coursework. These assessment methods may include, but need not be limited to: testing, portfolio reviews, and demonstration of pedagogical knowledge and skills.

(2) The program shall require the completion of two school years of mentored teaching under the supervision of a faculty member of the program. The institution shall be required to execute a written agreement with the employing school or school district to establish a plan for two years of mentoring and assistance for the candidate by a support team comprised of a faculty member of the program, the school principal or designee, an experienced certified teacher, and a school curriculum supervisor or specialist. The agreement shall specify that daily mentoring shall be provided by the experienced certified teacher during at least the first 20 days of the candidate's teaching.

(c) The program shall require the candidate to present evidence that the candidate meets the requirements for a transitional C certificate for admission to the program. The candidate shall present evidence of holding such transitional C certificate prior to the commencement of mentored teaching, based in part on the holding of an appropriate graduate academic or graduate professional degree.

(xvii) Alternative teacher certification program.

(a) General requirements.

(1) The general requirements in subparagraphs (2)(i), (ii) and (iv) of this subdivision shall be applicable. The other requirements of paragraph (2) of this subdivision shall not be applicable. The program shall require candidates to have acquired the knowledge, understanding, and skills identified for the general education core in the liberal arts and sciences and the content core for the

initial certificate in the area of the transitional B certificate, as set forth in subparagraph (2)(ii) of this subdivision, or to complete study to ensure the acquisition of such knowledge, understanding, and skills before completing the program.

(2) Programs registered on or after July 1, 2001 shall meet all requirements of this subparagraph. Programs registered prior to July 1, 2001 shall meet the requirements in effect at the time of registration. For registration to continue beyond August 31, 2002, programs shall demonstrate compliance with all the requirements of this subparagraph.

(3) The program may permit a candidate to meet a portion of coursework requirements in the introductory and/or in-service components of the program through assessment methods used by the program that shall ensure that the candidate has the knowledge, understanding, and skills that would be acquired through such coursework. Methods of assessment may include, but need not be limited to, determination of equivalency of prior study, testing, portfolio reviews, and demonstration of knowledge, understanding, and skills.

(4) In lieu of offering an introductory component, the program may admit candidates who meet all admission requirements of this subparagraph on the condition that they receive a transitional B certificate issued by the department based on having completed equivalent study to that required for the introductory component in this subparagraph, as determined by the department, and having met any other requirements for such certificate, as prescribed in section 80-5.13 of this Title. The candidate shall present satisfactory evidence of holding the transitional B certificate prior to the commencement of mentored teaching in the in-service component.

(b) The program shall meet the requirements in each of the following subclauses:

(1) Admission requirements. Alternative teacher certification programs that are registered prior to July 1, 2001 shall meet the admission requirements in effect at the time of registration or the admission requirements of this subclause. All alternative teacher certification programs that are registered on or after July 1, 2001 shall meet the admission requirements of this subclause.

(i) As used in this subclause, major means sequential study comprising at least 30 semester

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

hours that provides knowledge of breadth and depth in an interdisciplinary field or a subject, provided that such 30 semester hours may include up to 12 semester hours in cognates. The program shall evaluate the preparation of candidates to determine whether they have a sufficient knowledge base to teach to the State learning standards appropriate to the certificate sought and shall require candidates to complete additional study, if necessary, to address deficiencies prior to completion of the program.

(ii) The program shall require candidates to hold a baccalaureate or graduate degree from a regionally accredited institution of higher education or from an institution authorized by the Board of Regents to confer degrees. Candidates shall have achieved a 3.0 cumulative grade point average, or its equivalent, in the program leading to the baccalaureate or graduate degree, or shall have been found by an officer designated by the registered alternative teacher certification program to have the necessary knowledge and skills to successfully complete the program, which finding shall be in writing and include the basis for that finding.

(iii) Candidates for a certificate in the classroom teaching service shall have completed an undergraduate or graduate major in the subject of the certificate sought, or an undergraduate or graduate major in a related field approved by the department for this purpose at the time of program registration, except that candidates for a certificate in early childhood education, childhood education, and middle childhood education- generalist, or special education at those developmental levels, or in teaching common branch subjects in the lower (PreK-3) and upper (4-6) elementary grades (PreK-6) shall meet the requirements of item (iv)of this subclause.

(iv) Candidates for certificates in early childhood education, childhood education, and middle childhood education-generalist, or special education at those developmental levels, or in teaching common branch subjects in the lower (PreK-3) and upper (4-6) elementary grades (PreK-6) shall have completed an undergraduate or graduate major in a liberal arts and sciences subject or interdisciplinary field.

(2) Introductory component.

(i) The introductory component shall lead to the transitional B certificate in a certificate title in the classroom teaching service, and may also lead to a bilingual education extension of such transitional B certificate. It shall be offered by faculty employed by the institution offering the registered program and may include other instructors approved by the institution offering the registered program, such as school district personnel or other educational providers.

(ii) Except as provided in item (iii)of this subclause, the introductory component shall include pedagogical core study of at least 200 clock hours, including field experience appropriate to the certificate title sought of at least 40 clock hours under the supervision of a certified teacher.

(iii) A program leading to a transitional B certificate authorizing the teaching of English to speakers of other languages, students with disabilities, students who are deaf or hard-of-hearing, students who are blind or visually impaired, or students with speech and language disabilities, which may also lead to a bilingual education extension of one of those certificates, shall meet the clock hour and field experience requirements as prescribed in item (ii)of this subclause or the following requirements: pedagogical core study of at least 100 clock hours, including field experience appropriate to the certificate title sought of at least 40 clock hours under the supervision of a certified teacher, provided that the program only places such students in grades 7 through 12, if authorized by the certificate, arranges for at least a 25 percent reduced teaching load during the first semester of teaching, and requires the candidate to complete all of the remaining pedagogical study of the introductory component prescribed in item (ii)of this subclause by the end of the first semester of teaching in the in-service component of the program.

(iv) The introductory component shall include, but shall not be limited to, undergraduate or graduate study designed to permit the candidate to obtain the following pedagogical knowledge, understanding, and skills:

(A) introduction to the community in which the school or school district is located and the learning needs of students in that community, including field experiences within the community that provide interactions with community leaders and residents;

(B) historical, social, and legal foundations of education, including special education, the education of students with limited English proficiency, and multicultural education;

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 19

(C) rights and responsibilities of teachers and other professional staff, students, parents, community members, school administrators, and others with regard to education;

(D) child or adolescent development, as appropriate to the certificate sought, including the processes of first and second language acquisition and the characteristics of learners with disabilities;

(E) instructional planning and effective teaching strategies, including the use of technology, for assisting all students, including native English speakers, English language learners, and students with disabilities, to achieve the State learning standards in English language arts and the subject(s) appropriate to the certificate;

(F) school organization and classroom management, including methods of managing behavior of students with disabilities and promoting development of positive social interaction skills in all students;

(G) means for identifying and reporting suspected child abuse and maltreatment, which shall include at least two clock hours of coursework or training regarding the identification and reporting of suspected child abuse or maltreatment, in accordance with the requirements of section 3004 of the Education Law;

(H) means of instructing students for the purpose of preventing child abduction, in accordance with Education Law section 803-a; preventing alcohol, tobacco and other drug abuse, in accordance with Education Law section 804; providing safety education, in accordance with Education Law section 806; and providing instruction in fire and arson prevention, in accordance with Education Law section 808; and

(I) means for the prevention of and intervention in school violence, in accordance with section 3004 of the Education Law. This study shall be composed of at least two clock hours of coursework or training that includes, but is not limited to, study in the warning signs within a developmental and social context that relate to violence and other troubling behaviors in children; the statutes, regulations and policies relating to a safe nonviolent school climate; effective classroom management techniques and other academic supports that promote a nonviolent school climate and enhance

learning; the integration of social and problem solving skill development for students within the regular curriculum; intervention techniques designed to address a school violence situation; and how to participate in an effective school/community referral process for students exhibiting violent behavior.

(3) In-service component. For programs of undergraduate study, completion of the introductory component or its equivalent and the in-service component shall prepare the candidate with the education required for the provisional or initial certificate in a certificate title in the classroom teaching service and may prepare the candidate with the education required for a bilingual education extension of such certificate. For programs leading to a master's or higher degree, completion of the introductory component or its equivalent and the in-service component shall prepare the candidate with the education required for the provisional/permanent certificates or the initial/professional certificates in a certificate title in the classroom teaching service and may prepare the candidate with the education required for a bilingual education extension of such certificates. The in-service component of the program shall meet the following requirements:

(i) Candidates must meet program standards for good academic progress for all credit-bearing coursework in order to retain the transitional B certificate.

(ii) Mentored teaching. The program shall require program candidates who are teaching with a transitional B certificate to receive mentoring and supervision during the entire period that they are both teaching and enrolled in the program, including at least one school year, as follows:

(A) The mentored teaching shall take place in a school or school district that offers instruction in any grade, pre-kindergarten through 12, as appropriate to the certificate sought.

(B) Prior to the candidate's employment as a teacher, the institution shall execute a written agreement with the employing school or school district by which the school or school district agrees to consult with program faculty and the candidate before determining the teaching load of the candidate; agrees to provide daily mentoring of the candidate by certified school personnel during the first eight weeks of teaching; and agrees to execute, before the end of the first eight weeks of teaching, a second written agreement for continued mentoring by

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 20

certified school personnel during the remainder of the time that the candidate is enrolled in the program and teaching.

(C) The first written agreement shall indicate that all mentoring will be provided by certified school personnel who have received preparation for their role as mentors prior to serving as mentors, and shall include scheduled times during the candidate's first eight weeks of teaching for the candidate and mentor to engage in planning, observation, advisement, and evaluation.

(D) The second written agreement shall include a schedule for continued mentoring during the remainder of the time that the candidate is enrolled in the program and teaching and shall be designed to meet the individual learning needs of the candidate. The agreement shall be signed by the principal or designee, program faculty, the mentor, and the candidate before the end of the first eight weeks of teaching. It shall specify times, periodically throughout each school year, for the candidate and mentor to engage in planning, observation, advisement, and evaluation; and shall also specify dates for meetings of program faculty, the school principal or designee, the mentor, and the candidate at least once every three months during the first year of mentored teaching and periodically thereafter, to provide the candidate with advice for improving teaching practices.

(E) The second written agreement for continued mentoring and supervision may be modified to reflect changing learning needs of the candidate by agreement of and with the signatures of the principal or designee, program faculty, the mentor, and the candidate.

(F) Program faculty shall supervise the teaching of the candidate and promote the linking of theory and practice by observing and advising the candidate at least once each month during the first year of mentored teaching and periodically throughout the remainder of the time that the candidate is enrolled in the program and teaching.

(iii) Coursework requirement. During the in-service component, the candidate shall satisfactorily complete credit-bearing courses and seminars that are designed to link educational theory with classroom experience. The introductory component or its equivalent and the in- service component of the program in combination shall include the pedagogical core study as set forth in this subdivision for the

initial certificate in the area of the candidate's transitional B certificate and, as applicable, for the bilingual education extension of such certificate, except that the field experience, student teaching, or practica requirement shall not be applicable.

(4) A designated officer of the institution offering the registered program shall be required to recommend the candidate for the initial or provisional certificate or the initial/professional or provisional/permanent certificates, and as applicable, for the bilingual education extension of those certificates, after consultation with the school principal or designee at the location of the mentored teaching.

(5) Successful completion of the program shall result in the award of a degree or the award of a certificate signifying program completion, as defined in section 50.1(j) of this Title.

(c) Notwithstanding the requirements of section 52.1(h) of this Title, a program registered as leading to the provisional or initial certificate that has made special arrangements for the candidate to meet all the pre- service and in-service requirements of an alternative teacher certification program leading to the transitional B and the provisional or initial certificate, as prescribed in this subparagraph, shall not be required to obtain registration for the modification of such program, provided that such modification is only permitted for students who will apply to the department for the transitional B certificate on or before February 1, 2001.

(4) Programs leading to extensions and annotations. To be registered as a program leading to an extension or annotation of a teaching certificate, the program shall meet the requirements of this paragraph. The requirements for the extension or annotation are additional to the requirements set forth in this subdivision for the teaching certificate but may be completed as part of the program leading to the certificate.

(i) Programs leading to extensions authorizing the provision of bilingual education for certificates for teaching early childhood education; childhood education; middle childhood education; adolescence education; a special subject; literacy education; career and technical education; students with disabilities in early childhood, or childhood, or middle childhood, or adolescence; students who are blind or visually impaired; students who are deaf or hard of hearing; and students with speech and

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

Page 21

language disabilities shall require:

(a) study that will permit the candidate to obtain the following knowledge, understanding and skills:

(1) theories of bilingual education and bilingualism;

(2) multicultural perspectives in education;

(3) sociolinguistics and psycholinguistics;

(4) methods of teaching English language arts to bilingual English language learners, including literacy, using the native language and English, for meeting the State learning standards for students, set forth in Part 100 of this Title;

(5) methods of teaching native language arts to bilingual English language learners, including literacy, using the native language and English; and

(6) methods of teaching other content appropriate to the teaching certificate to bilingual English language learners, using the native language and English, for meeting the State learning standards for students, set forth in Part 100 of this Title; and

(b) college-supervised field experiences of at least 50 clock hours in providing bilingual education, as appropriate to the teaching certificate.

(ii) Programs leading to extensions authorizing the provision of bilingual education for certificates in library media specialist and educational technology specialist shall require:

(a) study that will permit the candidate to obtain the following knowledge, understanding and skills:

(1) theories of bilingual education and bilingualism;

(2) multicultural perspectives in education;

(3) methods of providing library media services or educational technology services, as appropriate to the teaching certificate to bilingual English language learners, using the native language and English; and

(b) college-supervised field experiences of at least 50 clock hours in providing bilingual

services, as appropriate to the teaching certificate.

(iii) Programs leading to extensions to authorize the teaching of a subject in grades 5 and 6 for certificates in teaching biology, chemistry, earth science, English, mathematics, physics, or social studies (grades 7 through 12) shall require study of at least 6 semester hours in middle childhood education. Such study shall include early adolescent development and the application of diverse instructional strategies in middle childhood education, including interdisciplinary teaching and teaming of students and faculty to maximize student learning.

(iv) Programs leading to extensions to authorize the teaching of a subject in grades 7 through 9 for certificates in childhood education (grades 1 through 6) shall require study of at least 30 semester hours in the subject to be taught and at least 6 semester hours in middle childhood education. Such study in middle childhood education shall include early adolescent development and the application of diverse instructional strategies in middle childhood education, including interdisciplinary teaching and teaming of students and faculty to maximize student learning.

(v) Programs leading to extensions for gifted education for classroom teaching certificates shall require:

(a) study that will permit the candidate to obtain the following knowledge, understanding and skills:

(1) knowledge of the characteristics of students who learn at a pace and level that is significantly different from that of their classmates, including but not limited to gifted students and other high ability learners;

(2) knowledge of tools and methods for identifying and assessing students who learn at a pace and level that is significantly different from that of their classmates, and skill in using the tools and methods;

(3) knowledge and skills for planning, providing, coordinating, and evaluating differentiated teaching and learning environments to challenge and assist all students in learning to their highest levels of achievement; and

(4) skill in collaborating with other school

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 52.21
8 NYCRR 52.21
N.Y. Comp. Codes R. & Regs. tit. 8, § 52.21

staff to provide individualized instruction for all students; and

(b) college-supervised field experiences of at least 50 clock hours teaching students who learn at a pace and level that is significantly different from that of their classmates, including but not limited to gifted students and other high ability learners.

(vi) Programs leading to extensions for classroom teaching certificates to authorize coordination of work-based learning programs for career exploration or to authorize coordination of discipline-specific and diversified work-based learning programs for career development shall require study of at least six semester hours in developing, implementing, coordinating, and evaluating work-based learning experiences and programs.

(vii) Programs leading to annotations to recognize additional pedagogical knowledge, skills, and experiences for teaching students with severe or multiple disabilities for certificates for teaching students with disabilities in early childhood, or childhood, or middle childhood, or adolescence; students who are blind or visually impaired; students who are deaf or hard of hearing; and students with speech and language disabilities shall require:

(a) a sequential course of study that includes but is not limited to the following:

(1) characteristics of learners with severe or multiple disabilities;

(2) development of collaborative partnerships for the benefit of students with severe or multiple disabilities;

(3) assessment, diagnosis, and evaluation of students with severe or multiple disabilities;

(4) curriculum development and varied methods of instructing students with severe or multiple disabilities;

(5) assistive and instructional technology in the teaching and learning of students with severe or multiple disabilities; and

(6) planning and managing learning environments for individuals with severe or multiple disabilities, including post-school expectations, opportunities, and planning; and

(b) college-supervised field experiences of at least 50 clock hours teaching students with severe or multiple disabilities.

Historical Note

Sec. repealed, new filed Aug. 6, 1969; amds. filed: Feb. 29, 1972; April 4, 1978; Sept. 21, 1999 as emergency measure; Dec. 20, 1999 as emergency measure; Dec. 20, 1999; July 18, 2000; July 18, 2000 as emergency measure; Oct. 6, 2000 as emergency measure; Nov. 14, 2000; Nov. 14, 2000 as emergency measure; Feb. 9, 2001 as emergency measure; Feb. 9, 2001; June 21, 2001 as emergency measure; Oct. 9, 2001 as emergency measure; Oct. 9, 2001; June 21, 2002; May 2, 2003 eff. May 22, 2003. Amended (b)(2)(iv)(c )(1).

<General Materials (GM) - References, Annotations, or Tables>

8 NY ADC 52.21
END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

# EXHIBIT B

8 NY ADC 80-5.13
8 NYCRR 80-5.13
N.Y. Comp. Codes R. & Regs. tit. 8, § 80-5.13

Page 1

OFFICIAL COMPILATION OF CODES,
RULES AND REGULATIONS OF THE STATE
OF NEW
YORK
TITLE 8. EDUCATION DEPARTMENT
CHAPTER II. REGULATIONS OF THE
COMMISSIONER
SUBCHAPTER C. TEACHERS
PART 80. REQUIREMENTS FOR TEACHERS'
CERTIFICATES AND TEACHING PRACTICE
SUBPART 80-5. REQUIREMENTS RELATING
TO TEACHING PRACTICE AND
SPECIALIZED
CREDENTIALS
Text is current through July 15, 2003.

Section 80-5.13 Alternative teacher certification requirements.

(a) Requirements for the transitional B certificate for all titles in the classroom teaching service, applicable for a candidate enrolled in an alternative teacher certification program registered pursuant to section 52.21(b)(3)(xvii) of this Title.

(1) General requirements.

(i) Time validity. The transitional B certificate shall be valid for three years from its effective date, except that upon application by a candidate, a transitional B certificate in a title in the classroom teaching service which has a bilingual education extension may be reissued for one additional year, provided that the candidate qualifies for a provisional or initial certificate in such title in the classroom teaching service.

(ii) Limitations. The transitional B certificate shall authorize a candidate to teach only in a school district for which a commitment for employment and mentoring has been made. In addition, it shall only be valid as long as the candidate is matriculated in good standing in a registered alternative teacher certification program leading to a provisional or initial certificate, unless the candidate has applied for the transitional B certificate on or before February 1, 2001 and the candidate is matriculated in good standing in a registered program leading to the provisional or initial certificate in the certificate title sought and has documented that such program will meet all requirements of the alternative teacher certification program, or unless the candidate has completed such program.

(2) The candidate shall meet the requirements in each of the following subparagraphs:

(i) Education.

(a) The candidate shall hold a baccalaureate or graduate degree from a regionally accredited institution of higher education or from an institution authorized by the Board of Regents to confer degrees; and

(b) either:

(1) the candidate shall submit satisfactory evidence of:

(i) matriculation in an alternative teacher certification program leading to a provisional or initial certificate or leading to provisional/permanent or initial/professional certificates and, as applicable, a bilingual education extension of such certificates, registered pursuant to and having met the admission requirements prescribed in section 52.21(b)(3)(xvii) of this Title; and

(ii) having completed the introductory component of a registered program leading to the transitional B certificate, as prescribed in section 52.21(b)(3)(xvii) of this Title or acceptable equivalent study as determined by the department; or

(2) for candidates who apply for the transitional B certificate on or before February 1, 2001, the candidate shall submit satisfactory evidence of:

(i) meeting the admissions requirements for the alternative teacher certification program, as prescribed in section 52.21(b)(3)(xvii) of this Title;

(ii) matriculation in a program registered as leading to the provisional or initial certificate in the title sought, pursuant to section 52.21 of this Title, that has made special arrangements for the candidate to meet all the pre-service and in-service requirements of an alternative teacher certification program leading to the transitional B and the provisional or initial certificate, as prescribed in section 52.21(b)(3)(xvii) of this Title; and

(iii) having completed the pre-service component leading to the transitional B certificate, as prescribed in section 52.21(b)(3)(xvii) of this Title, pursuant to the special arrangements made for the

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 80-5.13
8 NYCRR 80-5.13
N.Y. Comp. Codes R. & Regs. tit. 8, § 80-5.13

Page 2

candidate in a program registered as leading to the provisional or initial certificate.

(ii) Examination. The candidate shall submit evidence of having achieved a satisfactory level of performance on the New York State teacher certification examination liberal arts and sciences test, and the content specialty test(s) in the area of the certificate, where such content specialty test is required for the certificate title. Successful completion of the content specialty test in the area of the certificate shall not be required for the transitional B certificate authorizing the teaching of English to speakers of other languages, students with disabilities, students who are deaf or hard-of-hearing, students who are blind or visually impaired, or students with speech and language disabilities, or for an extension of a transitional B certificate in bilingual education. Instead, the candidate shall submit evidence of having achieved a satisfactory level of performance on a New York State teacher certification examination content specialty test for a teaching certificate in the classroom teaching service.

(iii) Employment and support commitment. The candidate shall submit satisfactory evidence of having a commitment from a school or school district of employment as a full- time teacher with the school or school district in the area of the certificate sought for at least three school years, which shall include at least one year of mentoring as prescribed in section 52.21(b)(3)(xvii) of this Title.

(b) Requirements for the provisional or initial certificate for all titles in the classroom teaching service, and a bilingual education extension of such certificate, applicable for a candidate holding a transitional B certificate and matriculated in an alternative teacher certification program registered pursuant to section 52.21(b)(3)(xvii) of this Title.

(1) The candidate shall meet the requirements in each of the following subparagraphs:

(i) Education. The candidate shall have successfully completed either:

(a) an alternative teacher certification program leading to a provisional or initial certificate or leading to provisional/permanent or initial/professional certificates, which may also lead to a bilingual education extension of such certificates, that is registered pursuant to section 52.21(b)(3)(xvii) of this Title; or

(b) for candidates who applied for the transitional B certificate on or before February 1, 2001, a program registered as leading to the provisional or initial certificate in the title sought, pursuant to section 52.21 of this Title, that has made special arrangements for the candidate to meet all the pre-service and in-service requirements of an alternative teacher certification program leading to the transitional B and the provisional or initial certificate, as prescribed in section 52.21(b)(3)(xvii) of this Title.

(ii) Examination. The candidate shall submit evidence of having achieved a satisfactory level of performance on the New York State teacher certification examination written assessment of teaching skills test, and any other examination required for the provisional or initial certificate, as applicable, and/or a bilingual education extension of such certificate, as applicable.

(iii) Experience and mentoring. The candidate shall submit evidence of having had at least one school year of full-time teaching that was mentored, obtained through an alternative teacher certification program, registered pursuant to section 52.21(b)(3)(xvii) of this Title, or other program that meets the education requirements of this subdivision.

(2) A provisional certificate shall be issued for candidates who apply for the provisional teachers' certificates valid for classroom service on or before February 1, 2004, and who upon such application qualify for such provisional certificate effective on or before February 1, 2004. Candidates who apply after February 1, 2004 shall be issued an initial certificate, upon meeting the requirements for that certificate.

(3) A candidate who has met the requirements of this subdivision for a provisional or initial certificate shall be issued a provisional or initial certificate with an effective date that is pre-dated to the effective date of the candidate's transitional B certificate. The duration of such provisional or initial certificate, as prescribed in this Part, shall be determined based on such pre-dated effective date.

Historical Note

Sec. filed: July 18, 2000 as emergency measure; Oct. 6, 2000 as emergency measure; Nov. 14, 2000; amds. filed: June 21, 2001 as emergency measure, expired

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 NY ADC 80-5.13
8 NYCRR 80-5.13
N.Y. Comp. Codes R. & Regs. tit. 8, § 80-5.13

90 days after filing; Oct. 9, 2001 as emergency
measure eff. Oct. 9, 2001; Oct. 9, 2001 eff. Oct. 25,
2001. Amended (a)- (b).

<General Materials (GM) - References, Annotations,
or Tables>

8 NY ADC 80-5.13
END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works