# MICHAEL G. O'NEILL
ATTORNEY AT LAW

*Via ECF and Fax (718-613-2345)*

January 10, 2007

Hon. Robert L. Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Steward v. City of New York
               04 Civ. 1508 (CBA)(RML)

Dear Judge Levy:

    I represent the plaintiff.  Your chambers brought to my attention that my December 12, 2006 letter contained incorrect dates.  Under the revised briefing schedule agreed upon by the parties, plaintiff's opposition is due January 26, 2007 and defendant's reply is due February 26, 2007.  I apologize for the confusion.

                                                    Respectfully yours,

                                                    /s/ Michael G. O'Neill

cc:    All counsel of record (by ECF only)

30 VESEY STREET•NEW YORK•NEW YORK•10007•(212) 581-0990•DARROW@ONEILLAW.COM