UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

Clifford Steward, individually and on behalf of all similarly situated persons,

                                            Plaintiff,

                     -against-

The City of New York, The New York City Board of Education, Harold O. Levy, individually and in his official capacity as Chancellor of the New York City Board of Education, Felix E. Vazquez, individually and in his official capacity as Community Superintendent of District 32 of the New York City Board of Education, Mildred L. Boyce, The United Federation of Teachers, and Pace University,

                                             Defendants.

-------------------------------------------------------------------------X

**NOTICE OF SUGGESTION OF DEATH**

04 CV 1508 (CBA) (RML)

        Defendants City of New York, The New York City Board of Education and Harold O. Levy (the "City defendants"), having been advised by plaintiff's counsel that the plaintiff is deceased, suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Clifford Steward, the plaintiff in this action.

Dated:        New York, New York
                 February 1, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for City Defendants
                                        100 Church Street, Room 2-104
                                        New York, New York 10007
                                        (212) 788-0885

                                        By: _____
                                            Eric Eichenholtz (EE3286)
                                            Assistant Corporation Counsel