# MICHAEL G. O'NEILL
ATTORNEY AT LAW

*Via ECF Only*

March 7, 2007

Hon. Carol B. Amon
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Steward v. City of New York
            04 Civ. 1508 (CBA)(RML)

Dear Judge Amon:

    I represent the plaintiff and I am writing to respond, briefly, to the March 5, 2007 letter of William Delaney, counsel for Pace University. Mr. Delaney asks the Court to "refrain from reaching any factual or legal determinations regarding plaintiff's contentions in his opposition pleadings related to Pace University."

    I think it's plain that the pending motion seeks no relief pertaining to Pace, and therefore Mr. Delaney's fears are unwarranted. I do take issue, however, with several assertions made by Mr. Delaney concerning the nature of plaintiff's submission. Specifically, plaintiff *did* sign his declaration, and the matters in his declaration concerning Pace are patently within the personal knowledge of plaintiff and therefore properly considered by the Court in opposition to the motion of the City defendants.

                        Respectfully yours,

                        /s/ Michael G. O'Neill

cc:    All counsel of record (by ECF)