UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Clifford STEWARD, individually and on behalf of all
similarly situated persons

                          NOT FOR PUBLICATION

                  Plaintiff,                  ORDER

    v.                                        04-CV-1508 (CBA) (RML)

The City of New York, The New York City Board of
Education, Harold O. Levy, individually and in his official
capacity as Chancellor of the New York City Board of
Education, Felix E. Vazquez, individually and in his
official capacity as Community Superintendent of District
32 of the New York City Board of Education, Mildred L.
Boyce, The United Federation of Teachers, and Pace
University,
                  Defendants.
------------------------------------------------------------------------X

AMON, UNITED STATES DISTRICT JUDGE.

      This Court has received the report and recommendation of the Honorable Robert M. Levy, United States Magistrate Judge, dated August 20, 2007, recommending that this Court deny plaintiff's Rule 6(b)(2) motion to extend the time for plaintiff's successors to file a motion for substitution under Rule 25(a)(1), and that this case be dismissed without prejudice. Because no party has objected to the report and recommendation, the Court hereby adopts the report and recommendation of August 20, 2007 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and dismiss this case without prejudice.

      SO ORDERED.

Dated:      Brooklyn, New York
              September 10, 2007

                                                        Carol Bagley Amon
                                                        United States District Judge